JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE RIDGECREST HEALTHCARE, INC., | ) ) ) | Case No. CV 15-7984 FMO |
| Debtor, | ) ) | |
| _____ | ) | **JUDGMENT** |
| CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, | ) ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | |
| HOWARD M. EHRENBERG, CHAPTER 7 TRUSTEE, | ) ) ) | |
| Appellee. | ) ) | |
| _____ | ) | |

Pursuant to the Court's Order re Bankruptcy Appeal, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the bankruptcy court's decision is **reversed** and the matter is **remanded** to the bankruptcy court for further proceedings consistent with the court's order.

Dated this 23rd day of August, 2016.

/s/
Fernando M. Olguin
United States District Judge